U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 0 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GARY LEWIS SUTTON                    CIVIL ACTION NO. 04-2464

versus                               JUDGE WALTER

MAKITA USA, INC.                     MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Remand (Doc. 41)** is **granted** and this civil action is **remanded to the 26th Judicial District Court, Bossier Parish, Louisiana.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 9 day of July, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE